UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>CHEE WEI FONG,<br>SSN: xxx-xx-3883<br><br><br>Debtor. | Case No. 21-16813-JGR<br>Chapter 11, Subchapter V |
| EDWARD J. KLEN and<br>STEPHEN J. KLEN<br><br>Plaintiffs,<br>v.<br><br>RICHARD E. WEINGARTEN and<br>CHEE WEI FONG<br><br>Defendants. | Adv. Pro. No. 21-01010-JGR |

**ORDER HOLDING ADVERSARY PROCEEDING IN ABEYANCE**

THIS MATTER is before the Court *sua sponte*. The Defendants filed a Notice of Pending Settlement on Defendants' Motions for Sanctions filed in Adversary Proceeding 21-01009-JGR, *Edward J. Klen and Stephen J. Klen v. Richard E. Weingarten and Chee Wei Fong*, on June 30, 2022 (Doc. 34). The Court, having reviewed the notice and being adequately advised the premises, hereby

ORDERS the above-captioned Adversary Proceeding shall be held in abeyance up to and including **August 26, 2022;** and

FURTHER ORDERS the parties shall file a Motion to Dismiss or Status Report on or before **August 26, 2022,** failing which, the Court will enter an Order Denying Defendants' Motion for Sanctions filed December 6, 2021 (Doc. 28), and closing the within Adversary Proceeding.

Dated: July 5, 2022.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge